JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVA MARTINEZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendant(s). | Case No. 5:23-cv-00992-DOC-AS<br><br>*[Assigned To US District Judge. Honorable David O. Carter]*<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION [15]**<br><br>Removed: May 31, 2023<br>Trial: Not Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　The Court having considered the stipulation of the Parties, and good cause appearing therefore,

　　***THE COURT ISSUES AND ORDERS*** that this matter is remanded back to Riverside Superior Court.

///

**IT IS SO ORDERED.**

Dated: July 19, 2023

*/s/ David O. Carter*
United States District Judge
DAVID O. CARTER